# Third District Court of Appeal
## State of Florida

Opinion filed February 11, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0142
Lower Tribunal No. 17-5144-CA-01
_____

**Leopoldo Rafael Sanabria Ramos,**
Appellant,

vs.

**Jonathan Saporta,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Spencer Eig, Judge.

Saltiel Law Group, and Matthew Carcano and Emily Demetree, for appellant.

Leto Law Firm, and Matthew P. Leto and Charles P. Gourlis, for appellee.

Before MILLER, LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed.